IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-25 (MTT) |
| | ) |
| TAKEYMIA WATTS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The defendant, by and through his counsel, has moved to continue this case until the next trial term. Doc. 28. The defendant was indicted on May 11, 2021 and had his arraignment in this Court on July 6, 2021. Docs. 1; 10. Two prior continuances have been granted. Docs. 23; 26. The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to provide additional time for defense counsel to locate and interview an additional witness who was present during one of the offenses alleged by the government. Doc. 28 at 2. The government does not oppose the motion. *Id.*

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 28) is **GRANTED**. The case is continued from the November term until the Court's trial term presently scheduled for **January 18, 2022**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 25th day of October, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT